IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01186-BNB

GABRIEL ESPARZA,

    Applicant,

v.

JAMES FALK, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the Application for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that, **within thirty (30) days from the date of this order**, the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Arapahoe County District Court case number 04CR1256, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
               Arapahoe County District Court
               7325 S. Potomac St.

   Centennial, Colorado 80112; and

(2) Court Services Manager
   State Court Administrator's Office
   101 W. Colfax, Ste. 500
   Denver, Colorado  80202.

DATED July 21, 2014.

             BY THE COURT:

             *s/Craig B. Shaffer*
             United States Magistrate Judge